```
 1                    UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF NEW YORK
 2   ------------------------------X
     In Re the Matter of:          :      8-22-72698-ast
 3                                  :
     BLUE DIAMOND AIR              :
 4   SYSTEMS, INC.,                :      October 26, 2022
                          Debtor.  :      Central Islip, NY   11722
 5   ------------------------------X

 6                  BEFORE THE HONORABLE ALAN S. TRUST
                       UNITED STATES BANKRUPTCY JUDGE
 7

 8   APPEARANCES:

 9   For the U.S. Trustee:      CHRISTINE BLACK, ASSISTANT US TRUSTEE
                                BY: SAM YEE, ESQUIRE
10                              560 Federal Plaza, Suite 560
                                Long Island Federal Courthouse
11                              Central Islip, NY   11722

12   For the Debtor:            KIRBY AISNER & CURLEY
                                BY:  DAWN KIRBY, ESQUIRE
13                              700 Post Road #237
                                Scarsdale, NY   10583
14
     For the Creditor,          RIVKIN RADLER LLP
15   Sound Refrigeration:       BY: MATTHEW SPERO, ESQ.
                                926 RXR Plaza, West Tower
16                              Uniondale, NY   11556

17   For the Creditor,          WINDELS MARX LANE & MITTENDORF
     Dime Savings Bank:         BY:  ROBERT MALATAK, ESQ.
18                              156 West 56th Street
                                New York, NY   10019
19
     For the Creditor,          COLLERAN O'HARA & MILLS LLP
20   Local 28 Union             BY:  THOMAS P. KEANE, ESQ.
     Funds & Plans:             100 Crossways Park Dr. W #200
21                              Woodbury, NY   11797

22   For the Creditor,          JENNIFER CLARKE, ESQ.
     Sheetmetal Workers
23   National Pension Fund:

24

25
```

```
1    APPEARANCES CONT'D:

2    For the Creditor,        COHEN, WEISS & SIMON LLP
     Local 28 & Sheetmetal    BY:  RICHARD M. SELTZER, ESQ.
3    Workers:                 EYAD ASAD, ESQ.
                              900 3rd Ave., #2100
4                             New York, NY  10022

5    For the Creditor,        JOSEPH PETRULLO, ESQ.
     Independent              GEORGIA REED, ESQ.
6    Sheetmetal:

7
     For the Creditor,        ALONGI & ASSOCIATES, LLC
8    1st Indemnity of         BY:  PAUL ALONGI, ESQ.
     America Insurance        265 Post Ave. #270
9    Company:                 Westbury, NY  11590

10   For the Creditor,        (Inaudible)
     Southern Tier Custom
11   Fabricators:

12   For the Department       (Inaudible)
     of Taxation:
13
     For the Creditor,:       TOGUT, SEGAL & SEGAL LLP
14   Tag Refrigeration:       BY:  KYLE ORTIZ, ESQ.
                              One Penn Plaza, Suite 3335
15                            New York, NY  10119

16

17

18

19

20

21
     Court Transcriber:       ADL Transcription Services, Inc.
22                            24 Crossway Drive
                              Deer Park, New York 11729
23

24   Proceedings recorded by electronic sound recording,

25   Transcript produced by transcription service.
```

1          P R O C E E D I N G

2          THE CLERK:  Case No. 22-72698, Blue Diamond Air

3     Systems, Inc.

4          THE COURT:  Good morning.  This is Judge Trust.

5     We may be having a video issue.  Do you all hear me okay?

6     Can you hear me, Ms. Kirby?

7          MS. KIRBY:  Yes, I can hear you fine, Your Honor.

8          THE COURT:  All right, let's -- we've had some

9     tech issues this morning.  Let's just try to go ahead and

10    proceed into the hearing.

11         I'll take appearances, please on Blue Diamond,

12    starting with the debtor.

13         MS. KIRBY:  Good morning, Your Honor.  Dawn

14    Kirby, Kirby Aisner and Curley, proposed counsel for the

15    Chapter 11 debtor, Blue Diamond Air Systems, Inc.

16         THE COURT:  We have the Office of the United

17    States Trustee?

18         MR. YEE:  Good morning, Your Honor.  Sam Yee for

19    the United States Trustee.

20         THE COURT:  All  right, and then I'll take

21    appearances for other creditors.

22         MR. SPERO:  Good morning, Your Honor, Matthew

23    Spero from Rivkin Radler for Sound Refrigeration.

24         MR. MALATAK:  Good morning, Your Honor, Robert

25    Malatak, Windels Marx Lane and Mittendorf on behalf of the

1  Dime Savings Bank.

2       MR. KEANE:  Good morning, Your Honor, Tom Keane

3  from Colleran O'Hara and Mills on behalf of the Local 28

4  Union Funds & Plans.

5       MS. CLARKE:  Good morning, Your Honor, Jennifer

6  Clarke on behalf of Sheetmetal Workers National Pension

7  Fund.

8       MR. SELTZER:  Good morning, Your Honor, Richard

9  Seltzer of Cohen, Weiss & Simon LLP for Local 28 and

10  Sheetmetal Workers.

11       MR. ASAD:  Good morning, Your Honor, Eyad Asad

12  from Cohen, Weiss & Simon also for the Sheetmetal Workers

13  Local 28.

14       MR. PETRILLO:  Good morning, Your Honor, Joseph

15  Petrillo and Georgia Reed on behalf of creditor

16  Independent Sheetmetal.

17       MR. ALONGI:  Good morning, Your Honor, Paul

18  Alongi,  Alongi & Associates, LLC on behalf of First

19  Indemnity of America Insurance Company.

20       COUNSEL:  Good morning, Your Honor, Sarah

21  [inaudible] on behalf of the Southern Tier Custom

22  Fabricators.

23       MR. GAGAN:  Good morning, Your Honor, Leo Gagan

24  (ph.) from New York State Attorney General's Office for

25  the Department of Taxation.

1        MR. ORTIZ:  Good morning, Your Honor, Kyle Ortiz,

2   Togut, Segal & Segal for Tag Refrigeration.  I should note

3   for Your Honor I actually have a pro hoc still pending,

4   but I don't plan to speak today [inaudible] just

5   monitoring.

6        THE COURT:  On behalf of who, Mr. Ortiz?

7        MR. ORTIZ:  On behalf of Tag Refrigeration, a

8   creditor and contract counterparty of the debtor.

9        THE COURT:  All right.  Do we have anyone

10  appearing on behalf of Cloud Fund?   Anyone for Cloud

11  Fund?

12       All right, well Ms. Kirby, you've drawn quite a

13  crowd, but apparently without the one person that the

14  hearing was about, so has that been resolved?  Can you

15  bring us up to speed?

16       MS. KIRBY:  Yes, Your Honor.  With respect to the

17  motion that's on today's calendar, two of the three

18  [inaudible] sent out letters to the debtors contract

19  party, customers essentially, under the terms of their own

20  agreement stating basically don't pay the debtor, pay me

21  instead [inaudible] contract.

22       The two merchant banks [inaudible] alleged that

23  they were unaware of the bankruptcy.  Both of them

24  immediately sent out retraction letters of differing

25  degrees as to the clarity of the language.

1   But in the meantime, because all of the debtors'

2   customers blamed the debtor, the emergency motion was

3   filed because the debtor had [inaudible].  We were able to

4   work out an accommodation with Mr. Spero's client, Sound

5   Refrigeration, to fund monies to the debtor [inaudible],

6   but for clarity, I would like to move forward on today's

7   motion just to get an order protecting those who are still

8   concerned or confused as to whether they can pay the

9   debtor or does the money rightfully go to the [inaudible],

10  and I have -- there's more language and there's more to

11  the discussions that we've had with Mr. Spero's client,

12  but just to answer your question for the motion that's

13  before the Court, that's the status.

14   And I have not heard anything further from any of

15  the [inaudible] and I did email them and did give each of

16  them [inaudible] last week so they're well aware of

17  today's hearing.

18   THE COURT:  I just want to make sure I

19  understand.  You have not received any response from Cloud

20  Fund?

21   MS. KIRBY:  That's correct, Your Honor.  Other

22  than they did communicate with me last week to send out a

23  retraction letter.

24   THE COURT:  They did send a retraction.

25   MS. KIRBY:  They did.  Yes, they did the day

1   after I filed the motion.

2          THE COURT:  All right, so as of the time of this

3   hearing, the parties who sent out letters saying, "Pay me,

4   not them," have retracted all of those letters?

5          MS. KIRBY:  That's correct, Your Honor.

6          THE COURT:  Okay, hang on one second.

7          So what does the --

8          MS. KIRBY:  And, Your Honor, I should also

9   clarify that my comments do not extend to a motion that's

10  scheduled to be heard on November 16th wherein the

11  National Pension Funds who are represented here by Ms.

12  Clarke and Ms. [inaudible], [inaudible] the right to

13  collect money due to the debtor on the grounds set forth

14  in their motion but I have yet to respond to.

15         THE COURT:  All right, and so the crowd we have

16  this morning are just kind of around to see what's going

17  on, even though it doesn't directly affect them, because

18  we do have general status on, on November 16th at 11:30.

19         MS. KIRBY:  [inaudible], Your Honor.  I did want

20  to, if we'd like to listen, give you just a general

21  outline of where the case is right now.

22         THE COURT:  Okay.  There has been no -- whatever

23  the issues are going to be with the local or national

24  pension fund, those are on for November 16th, but as of

25  right now, there's no directive out saying pay us not the

1    debtor.

2            MS. KIRBY:  That's correct as to the [inaudible].

3    There were letters sent pre-petition and monies collected

4    post-petition by the National Pension Fund [inaudible] and

5    at the last time met, I have an update, it was only

6    $30,000, so it's not such a big amount of money that it's

7    having a massive affect one way or the other on the case,

8    and it can wait to be heard on November 16th.

9            THE COURT:  So, what the debtor needs today is an

10   order that says, if you owe the debtor money, pay the

11   debtor.  Is that something --

12           MS. KIRBY:  A little bit more tailored, but if

13   you received a letter from one of the MCA companies, it's

14   void and we will not suffer any liability under their --

15   under those letters if you pay the debtor what's owed to

16   the debtor.

17           THE COURT:  All right, have you proposed a form

18   of that order to the three entities that sent the letters?

19           MS. KIRBY:  I have not yet.  No, one of them was

20   represented by counsel.  The other two, one of which did

21   send a letter, the other which did not send any letter,

22   were not represented by counsel so far and no notice of

23   appearance has been filed.

24           THE COURT:  All right, the Court's only concern

25   is going [inaudible] than what's actually in front of the

1    Court right now in issuing inadvertently some sort of

2    advisory or declaratory opinion on matters that I don't

3    know what may yet bubble to the surface.

4         I mean, I'm fine to enter an order that says

5    basically, if you owe the debtor money, pay the debtor.

6    If you received any of the following three letters, those

7    letters are void by virtue of the automatic stay.

8         I don't want to go any broader than -- and feel

9    free to keep sending money to the debtor.  Who knows what

10   else may happen in this case, but no matter what else you

11   ever do for the duration of this case, your time

12   [inaudible] pay the debtor.  I'm not prepared to go that

13   far, but I am prepared to issue an order that says, if you

14   owe the debtor, pay the debtor, and these three particular

15   letters are void and obviously everybody else indicates I

16   take it is now on notice if they needed to be on notice,

17   not to send those types of letters.

18        Will that do it?

19        MS. CLARKE:  Your Honor, if I may? Jennifer

20   Clarke with the Sheetmetal Workers National Pension Fund,

21   and perhaps our issue can be addressed on the 16th with

22   our motion, but our concern is that the accounts

23   receivable that are being paid to the debtor are

24   [inaudible] assets under Article 3-8 of the [inaudible]

25   Law, and not property of the bankruptcy estate, and it's

1  our position that although the accounts receivable need to

2  be segregated on a project by project basis to be

3  [inaudible] suppliers, who performed work on that project,

4  to the exclusion of lending institutions or day-to-day

5  operating costs, and perhaps that can be addressed on the

6  16th, and I believe that perhaps we go no further than

7  just to indicate that at this time, yes, it's a pay to the

8  debtor.  I'm just concerned how they're going to be used.

9      MR. MALATAK:  And, Your Honor, this is Robert

10  Malatak on behalf of Dime Savings Bank.  You know, we too

11  have a similar concern.  There's a substantial

12  indebtedness by this debtor to the bank, and we are all

13  for having all monies paid to the debtor, but in terms of

14  how those monies are ultimately distributed, is for a

15  later date and we are certainly reserving all our rights

16  with respect to that issue.

17      THE COURT:  All right, and thus the Court's

18  reluctance to enter an order broader than what's necessary

19  right now to restore the status quo to what it should have

20  been at the petition date.

21      I expect we're going to have issues about

22  [inaudible] Law claims and maybe we'll have some cash

23  collateral claims and all the other fun stuff that tends

24  to come along with cases of this nature, but for today's

25  purposes, I'll enter the status quo type order that I

1   mentioned once submitted by the debtor.

2         Ms. Kirby, I'm going to have you circulate that

3   to the proposed counsel, but I'll let you all know because

4   I've had several construction type cases before.  We're

5   not going to spend three weeks negotiating whether the

6   semi-colon goes before or after the apposite verb or not.

7         It's going to be a clean, short, two-page order.

8   I'll have Ms. Kirby send it to you all, so that you can

9   see it, but we're not going to send four pages of

10  addendums saying, but the order doesn't do, and then we

11  have the following stuff.  You all can fight out the

12  niceties of that after we have a hearing on notice of all

13  the things you want to come in and fight about.

14        But for today's purposes, it's short and narrow.

15  Pay me, don't pay anybody else, these letters are void,

16  have a nice day, you can add pending further order of the

17  Court, but that will take care of that.  All right?

18        MS. KIRBY:  Thank you, Your Honor, and I note,

19  Ms. Clarke, Ms. Loving, Mr. Malatak, and his colleague who

20  I've been speaking to [inaudible] Mr. Spero, I have their

21  email addresses, and I've been communicating with them and

22  I know that they would want to review, as well as Mr.

23  Yang, and approve the order before I send it in?

24        If anyone else on the appearance today would like

25  to be involved, please send me an email, because I

1    don't -- I haven't spoken to everyone, and I don't have

2    everyone's contact information.

3         MS. KIRBY:  And, Your Honor, there's one thing I

4    want to alert everyone to that's urgent, exigent, and then

5    also just give you a brief outline?

6         Since filing the case -- we filed the case in an

7    emergency scenario, because Local 28 has sent a letter out

8    saying that the men were going to be pulled off the job by

9    the end of the day, so I literally met the client on the

10   phone the night before, and filed the case the next day at

11   lunchtime, so I've been doing a lot of catch up.

12        Local 28 is now [inaudible].  We will be filing a

13   retention application for [inaudible] which is labor law

14   counsel who's been able to [inaudible] communications with

15   Local 28.

16        But I have learned and received loan documents

17   [inaudible] that the debtor owes $4 million on an FDA

18   loan, not a Covid-related one, a regular FDA loan; 2.2

19   million on a line of credit and has personally guaranteed

20   a $2.3 million mortgage of with the principal [inaudible]

21   being the debtor's affiliate company that owns the offices

22   and manufacturing facilities where the debtor operates.

23        With respect to the three merchant bank loans,

24   they were all taken out very recently. LG Funding

25   according to the documents, [inaudible] or a secured loan,

1   they purchased $590,000 or they paid $590,000 in exchange

2   for receipts of $840,000 of future receivables.

3        Cloud Fund, similar paperwork paid approximately

4   $1 million in exchange for $1.5 million of future

5   receivables, and Green Note paid $500,000 for $750,000 of

6   future receivables.

7        Of course, as we were speaking about [inaudible]

8   claims, they're not necessarily receivables that belong to

9   the debtor that the debtor could sell. It's another layer

10  of complexity to this case that I'm sure will be looking

11  at.

12       The debtor also bought out three of its

13  shareholders since 2020 for $4.4 million, so another issue

14  in the case.  Their general unsecured claims in addition

15  to the personal guarantee on the mortgage that I mentioned

16  of $1.5 to $2 million we're just working on finalizing the

17  schedules now.  I expect they'll be filed [inaudible].

18       The most exigent situation is that the debtor's

19  insurance is a year to year insurance renewal.  It's up

20  for renewal on November 1st.  Next week, and the financing

21  company is going to require 200,000 down payment and I

22  would obviously have to make a motion to approve the

23  financing of the insurance payable.

24       The debtor, at this point, does not have the

25  $200,000 to pay the insurance down payment.  We're working

1   on a couple of possibilities, but that may bring

2   [inaudible] to the debtor's operations, and likewise the

3   bond, and Mr. Alongi is on the line here, he represents

4   the bonding company, it's [inaudible] on November 1st, and

5   something that the debtor is also working on funds to get

6   approval for the renewal of the bond.

7           You have to have a bond to be a Local 28 member,

8   so that is also essential to the debtor's business, and in

9   and of itself could stop this case in its tracks next

10  week.

11          THE COURT:  All right, so --

12          MR. KIRBY:  [inaudible] the bad and the ugly.

13          THE COURT:  So there's -- again, this is not the

14  general status, initial case status hearing, so you all

15  don't feel compelled to now add well, but you also ought

16  to know, Judge, because this is all kind of interesting.

17  The only -- but not relevant for today.

18          The only thing that I heard that's relevant for

19  today is the debtor may docket a letter on Tuesday saying,

20  yeah, we're not operating anymore.  If there's going to be

21  an emergency premium finance motion which is not on for

22  today, I think you all know, today is October 26th.

23          November 1st, as you said is Tuesday.  That

24  doesn't leave a whole lot of school days between now and

25  when the debtor may run out of insurance, so if anything

1  is going to be happening on an emergency to authorize

2  insurance premium financing, the window to get in between

3  now  and Tuesday is pretty small.

4         What I didn't hear were the optimistic words from

5  Ms. Kirby, and we're working on an insurance premium

6  financing or one of these fine clients represented by the

7  lawyers on the video screen today is begging us to take

8  $200,000 from them, so that we can keep operating.

9         So those have appeared before me, before know I

10  have an emergency protocol.  It's what Ms. Kirby filed to

11  trigger today's hearing, but I'm expecting not to find in

12  my trick-or-treat basket on Monday an emergency motion

13  requiring the hearing on Tuesday.

14         So if the debtor's going to get something done,

15  you know, please give us and everybody else an advance

16  heads up on that, if we need to get you in on Tuesday. All

17  of the other stuff will have a fuller initial case status

18  conference on November 16th, and I say fuller, it being

19  aware that it may include, yeah, we're not operating

20  anymore, so here's our other path.

21         One question then I'll end the hearing on with

22  Ms. Kirby is, is there any contemplation of the case

23  converting to a Sub-5?

24         The schedules that were filed indicated that the

25  debtor basically has not debt and the petition, which I

1  assume is going to be part of what's being amended, is

2  this a potential Sub-5 case?

3          MS. KIRBY:  I'm not sure, Your Honor.  I'm not

4  sure if it's going to go that way.  Really, it's going to

5  have to get past November 1st for us to consider that.  I

6  do know that in a Subchapter 5 there are, I believe,

7  there's ability of creditors to seek to have their debts

8  not dischargeable, which I think many of the creditors

9  here would do, so I'm not sure that a Subchapter 5 makes

10 sense for this debtor, if it lives past November 1st.

11         THE COURT:  All right, so I'll look for the order

12 then from today.  As soon as we get that, we'll get that

13 processed and out and then we'll see you November 16th or

14 I'll see you November 16th.  I don't know if you'll see

15 me.  I hope to get the camera fixed by then, but we'll

16 otherwise look for the order from today and we'll be

17 adjourned on Blue Diamond Air.  We're going to keep the

18 Zoom room open for our 11:00 matter.

19         MS. KIRBY:  Thank you very much, Your Honor.

20         THE COURT:  Thank you.  Thank you, all.

21         ALL:  Thank you, Your Honor.

22                 *  *  *  *  *

23

24

25

1                          * * * * *

2

3              I, Lisa Previti, certify that the foregoing is

4      a true and accurate transcript from an electronic sound

5      recording of the proceedings in the above-entitled matter.

6

7

8      Lisa Previti:            *Lisa Previti*

9

10                             Date:  October 28, 2022

11                             ADL TRANSCRIPTION SERVICES, INC.
                               24 Crossway Drive
12                             Deer Park, New York 11729
                               (631) 277-7900
13

14

15

16

17

18

19

20

21

22

23

24

25

**< Dates >**
**November 16th** 7:10, 7:18, 7:24, 8:8, 15:18, 16:13, 16:14
**November 1st** 13:20, 14:4, 14:23, 16:5, 16:10
**October 26, 2022** 1:7
**October 26th** 14:22
**October 28, 2022** 17:10
**#200** 1:40
**#2100** 2:6
**#237** 1:25
**#270** 2:16
**$1** 13:4
**$1.5** 13:4, 13:16
**$2** 13:16
**$2.3** 12:20
**$200,000** 13:25, 15:8
**$30,000** 8:6
**$4** 12:17
**$4.4** 13:13
**$500,000** 13:5
**$590,000** 13:1
**$750,000** 13:5
**$840,000** 13:2
**------------------------------X** 1:3, 1:9

**< 1 >**
**100** 1:40
**10019** 1:36
**10022** 2:7
**10119** 2:29
**10583** 1:26
**11** 3:15
**11556** 1:31
**11590** 2:17
**11722** 1:8, 1:21
**11729** 2:44, 17:13
**11797** 1:41
**11:00** 16:18
**11:30** 7:18
**156** 1:35
**16th** 9:21, 10:6
**1st** 2:15

**< 2 >**
**2.2** 12:18

**200,000** 13:21
**2020** 13:13
**22-72698** 3:2
**24** 2:43, 17:12
**265** 2:16
**277-7900** 17:14
**28** 1:39, 2:4, 4:3, 4:9, 4:13, 12:7, 12:12, 12:15, 14:7

**< 3 >**
**3-8** 9:24
**3335** 2:28
**3rd** 2:6

**< 5 >**
**5** 16:6, 16:9
**560** 1:19
**56th** 1:35

**< 6 >**
**631** 17:14

**< 7 >**
**700** 1:25

**< 8 >**
**8-22-72698-ast** 1:4

**< 9 >**
**900** 2:6
**926** 1:30
**[inaudible]** 4:21, 5:4, 5:18, 5:21, 5:22, 6:3, 6:5, 6:9, 6:15, 6:16, 7:12, 7:19, 8:2, 8:4, 8:25, 9:12, 9:24, 10:3, 10:22, 11:20, 12:12, 12:13, 12:14, 12:17, 12:20, 12:25, 13:7, 13:17, 14:2, 14:4, 14:12

**< A >**
**ability** 16:7
**able** 6:3, 12:14

**above-entitled** 17:5
**accommodation** 6:4
**according** 12:25
**accounts** 9:22, 10:1
**accurate** 17:4
**actually** 5:3, 8:25
**add** 11:16, 14:15
**addendums** 11:10
**addition** 13:14
**addressed** 9:21, 10:5
**addresses** 11:21
**adjourned** 16:17
**ADL** 2:42, 17:11
**advance** 15:15
**advisory** 9:2
**affect** 7:17, 8:7
**affiliate** 12:21
**agreement** 5:20
**ahead** 3:9
**Air** 1:6, 3:2, 3:15, 16:17
**Aisner** 1:23, 3:14
**ALAN** 1:11
**alert** 12:4
**alleged** 5:22
**Alongi** 2:14, 2:15, 4:17, 4:18, 14:3
**although** 10:1
**amended** 16:1
**America** 2:16, 4:19
**amount** 8:6
**answer** 6:12
**anybody** 11:15
**apparently** 5:13
**appearance** 8:23, 11:24
**APPEARANCES** 1:15, 2:1, 3:11, 3:21
**appeared** 15:9
**appearing** 5:10
**application** 12:13
**apposite** 11:6
**approval** 14:6
**approve** 11:23, 13:22
**approximately** 13:3
**around** 7:16
**Article** 9:24
**Asad** 2:5, 4:11
**assets** 9:24
**ASSISTANT** 1:17
**Associates** 2:14, 4:18
**assume** 16:1

**Attorney** 4:24
**authorize** 15:1
**automatic** 9:7
**Ave.** 2:6, 2:16
**aware** 6:16, 15:19

**< B >**
**bad** 14:12
**Bank** 1:34, 4:1, 10:10, 10:12, 12:23
**BANKRUPTCY** 1:1, 1:12, 5:23, 9:25
**banks** 5:22
**basically** 5:20, 9:5, 15:25
**basis** 10:2
**basket** 15:12
**begging** 15:7
**behalf** 3:25, 4:3, 4:6, 4:15, 4:18, 4:21, 5:6, 5:7, 5:10, 10:10
**believe** 10:6, 16:6
**belong** 13:8
**big** 8:6
**bit** 8:12
**BLACK** 1:17
**blamed** 6:2
**Blue** 1:6, 3:2, 3:11, 3:15, 16:17
**bond** 14:3, 14:6, 14:7
**bonding** 14:4
**bought** 13:12
**brief** 12:5
**bring** 5:15, 14:1
**broader** 9:8, 10:18
**bubble** 9:3
**business** 14:8

**< C >**
**calendar** 5:17
**camera** 16:15
**care** 11:17
**Case** 3:2, 7:21, 8:7, 9:10, 9:11, 12:6, 12:10, 13:10, 13:14, 14:9, 14:14, 15:17, 15:22, 16:2
**cases** 10:24, 11:4
**cash** 10:22
**catch** 12:11
**Central** 1:8, 1:21

**certainly** 10:15
**certify** 17:3
**Chapter** 3:15
**CHRISTINE** 1:17
**circulate** 11:2
**claims** 10:22, 10:23, 13:8, 13:14
**clarify** 7:9
**clarity** 5:25, 6:6
**Clarke** 1:43, 4:5, 4:6, 7:12, 9:19, 9:20, 11:19
**clean** 11:7
**CLERK** 3:2
**client** 6:4, 6:11, 12:9
**clients** 15:6
**Cloud** 5:10, 6:19, 13:3
**Cohen** 2:3, 4:9, 4:12
**collateral** 10:23
**colleague** 11:19
**collect** 7:13
**collected** 8:3
**Colleran** 1:38, 4:3
**comments** 7:9
**communicate** 6:22
**communicating** 11:21
**communications** 12:14
**companies** 8:13
**Company** 2:17, 4:19, 12:21, 13:21, 14:4
**compelled** 14:15
**complexity** 13:10
**concern** 8:24, 9:22, 10:11
**concerned** 6:8, 10:8
**conference** 15:18
**confused** 6:8
**consider** 16:5
**construction** 11:4
**CONT'D** 2:1
**contact** 12:2
**contemplation** 15:22
**contract** 5:8, 5:18, 5:21
**converting** 15:23
**correct** 6:21, 7:5, 8:2
**costs** 10:5
**COUNSEL** 3:14, 4:20, 8:20, 8:22, 11:3, 12:14
**counterparty** 5:8
**couple** 14:1
**course** 13:7
**COURT** 1:1, 2:42, 3:4, 3:8,

3:16, 3:20, 5:6, 5:9, 6:13, 6:18, 6:24, 7:2, 7:6, 7:15, 7:22, 8:9, 8:17, 8:24, 9:1, 10:17, 11:17, 14:11, 14:13, 16:11, 16:20
**Courthouse** 1:20
**Covid-related** 12:18
**credit** 12:19
**Creditor** 1:28, 1:33, 1:38, 1:43, 2:3, 2:9, 2:14, 2:19, 2:26, 4:15, 5:8
**creditors** 3:21, 16:7, 16:8
**Crossway** 2:43, 17:12
**Crossways** 1:40
**crowd** 5:13, 7:15
**Curley** 1:23, 3:14
**Custom** 2:20, 4:21
**customers** 5:19, 6:2


**< D >**
**Date** 10:15, 10:20, 17:10
**Dawn** 1:24, 3:13
**day** 6:25, 11:16, 12:9, 12:10
**day-to-day** 10:4
**days** 14:24
**debt** 15:25
**debtors** 5:18, 6:1
**debts** 16:7
**declaratory** 9:2
**Deer** 2:44, 17:13
**degrees** 5:25
**Department** 2:23, 4:25
**Diamond** 1:6, 3:2, 3:11, 3:15, 16:17
**differing** 5:24
**Dime** 1:34, 4:1, 10:10
**directive** 7:25
**directly** 7:17
**dischargeable** 16:8
**discussions** 6:11
**distributed** 10:14
**DISTRICT** 1:2
**docket** 14:19
**documents** 12:16, 12:25
**doing** 12:11
**done** 15:14
**down** 13:21, 13:25
**drawn** 5:12
**Drive** 2:43, 17:12


**due** 7:13
**duration** 9:11


**< E >**
**EASTERN** 1:2
**electronic** 2:46, 17:4
**email** 6:15, 11:21, 11:25
**emergency** 6:2, 12:7, 14:21, 15:1, 15:10, 15:12
**end** 12:9, 15:21
**enter** 9:4, 10:18, 10:25
**entities** 8:18
**ESQ** 1:29, 1:34, 1:39, 1:43, 2:4, 2:5, 2:9, 2:10, 2:15, 2:27
**ESQUIRE** 1:18, 1:24
**essential** 14:8
**essentially** 5:19
**estate** 9:25
**everybody** 9:15, 15:15
**everyone** 12:1, 12:2, 12:4
**exchange** 13:1, 13:4
**exclusion** 10:4
**exigent** 12:4, 13:18
**expect** 10:21, 13:17
**expecting** 15:11
**extend** 7:9
**Eyad** 2:5, 4:11


**< F >**
**Fabricators** 2:21, 4:22
**facilities** 12:22
**far** 8:22, 9:13
**FDA** 12:17, 12:18
**Federal** 1:19, 1:20
**feel** 9:8, 14:15
**fight** 11:11, 11:13
**filed** 6:3, 7:1, 8:23, 12:6, 12:10, 13:17, 15:10, 15:24
**filing** 12:6, 12:12
**finalizing** 13:16
**finance** 14:21
**financing** 13:20, 13:23, 15:2, 15:6
**find** 15:11
**fine** 3:7, 9:4, 15:6
**First** 4:18
**fixed** 16:15
**following** 9:6, 11:11


**foregoing** 17:3
**form** 8:17
**forth** 7:13
**forward** 6:6
**four** 11:9
**free** 9:9
**front** 8:25
**fuller** 15:17, 15:18
**fun** 10:23
**Fund** 1:45, 4:7, 5:10, 5:11, 6:5, 6:20, 7:24, 8:4, 9:20, 13:3
**Funding** 12:24
**Funds** 1:40, 4:4, 7:11, 14:5
**future** 13:2, 13:4, 13:6


**< G >**
**Gagan** 4:23
**General** 4:24, 7:18, 7:20, 13:14, 14:14
**Georgia** 2:10, 4:15
**give** 6:15, 7:20, 12:5, 15:15
**Green** 13:5
**grounds** 7:13
**guarantee** 13:15
**guaranteed** 12:19


**< H >**
**hang** 7:6
**happen** 9:10
**happening** 15:1
**heads** 15:16
**hear** 3:5, 3:6, 3:7, 15:4
**heard** 6:14, 7:10, 8:8, 14:18
**hearing** 3:10, 5:14, 6:17, 7:3, 11:12, 14:14, 15:11, 15:13, 15:21
**hoc** 5:3
**Honor** 3:7, 3:13, 3:18, 3:22, 3:24, 4:2, 4:5, 4:8, 4:11, 4:14, 4:17, 4:20, 4:23, 5:1, 5:3, 5:16, 6:21, 7:5, 7:8, 7:19, 9:19, 10:9, 11:18, 12:3, 16:3, 16:19, 16:21
**HONORABLE** 1:11
**hope** 16:15


**< I >**

**immediately** 5:24
**inadvertently** 9:1
**Inaudible** 2:19, 2:23
**INC.** 1:7, 2:42, 3:3, 3:15, 17:11
**include** 15:19
**indebtedness** 10:12
**Indemnity** 2:15, 4:19
**Independent** 2:10, 4:16
**indicate** 10:7
**indicated** 15:24
**indicates** 9:15
**information** 12:2
**initial** 14:14, 15:17
**instead** 5:21
**institutions** 10:4
**Insurance** 2:16, 4:19, 13:19,
    13:23, 13:25, 14:25, 15:2,
    15:5
**interesting** 14:16
**involved** 11:25
**Island** 1:20
**Islip** 1:8, 1:21
**issue** 3:5, 9:13, 9:21, 10:16,
    13:13
**issues** 3:9, 7:23, 10:21
**issuing** 9:1
**itself** 14:9


**< J >**
**Jennifer** 1:43, 4:5, 9:19
**job** 12:8
**Joseph** 2:9, 4:14
**Judge** 1:12, 3:4, 14:16


**< K >**
**Keane** 1:39, 4:2
**keep** 9:9, 15:8, 16:17
**kind** 7:16, 14:16
**KIRBY** 1:23, 1:24, 3:6, 3:7,
    3:13, 3:14, 5:12, 5:16, 6:21,
    6:25, 7:5, 7:8, 7:19, 8:2,
    8:12, 8:19, 11:2, 11:8, 11:18,
    12:3, 14:12, 15:5, 15:10,
    15:22, 16:3, 16:19
**knows** 9:9
**Kyle** 2:27, 5:1

**< L >**
**labor** 12:13
**Lane** 1:33, 3:25
**language** 5:25, 6:10
**last** 6:16, 6:22, 8:5
**later** 10:15
**Law** 9:25, 10:22, 12:13
**lawyers** 15:7
**layer** 13:9
**learned** 12:16
**leave** 14:24
**lending** 10:4
**Leo** 4:23
**letter** 6:23, 8:13, 8:21, 12:7,
    14:19
**letters** 5:18, 5:24, 7:3, 7:4, 8:3,
    8:15, 8:18, 9:6, 9:7, 9:15,
    9:17, 11:15
**LG** 12:24
**liability** 8:14
**likewise** 14:2
**line** 12:19, 14:3
**Lisa** 17:3, 17:8
**listen** 7:20
**literally** 12:9
**little** 8:12
**lives** 16:10
**LLC** 2:14, 4:18
**LLP** 1:28, 1:38, 2:3, 2:26, 4:9
**loan** 12:16, 12:18, 12:25
**loans** 12:23
**Local** 1:39, 2:4, 4:3, 4:9, 4:13,
    7:23, 12:7, 12:12, 12:15,
    14:7
**Long** 1:20
**look** 16:11, 16:16
**looking** 13:10
**lot** 12:11, 14:24
**Loving** 11:19
**lunchtime** 12:11


**< M >**
**M.** 2:4
**Malatak** 1:34, 3:24, 3:25, 10:9,
    10:10, 11:19
**manufacturing** 12:22
**Marx** 1:33, 3:25
**massive** 8:7
**Matter** 1:4, 9:10, 16:18, 17:5

**matters** 9:2
**Matthew** 1:29, 3:22
**MCA** 8:13
**mean** 9:4
**meantime** 6:1
**member** 14:7
**men** 12:8
**mentioned** 11:1, 13:15
**merchant** 5:22, 12:23
**met** 8:5, 12:9
**million** 12:17, 12:19, 12:20,
    13:4, 13:13, 13:16
**Mills** 1:38, 4:3
**Mittendorf** 1:33, 3:25
**Monday** 15:12
**money** 6:9, 7:13, 8:6, 8:10, 9:5,
    9:9
**monies** 6:5, 8:3, 10:13, 10:14
**monitoring** 5:5
**morning** 3:4, 3:9, 3:13, 3:18,
    3:22, 3:24, 4:2, 4:5, 4:8,
    4:11, 4:14, 4:17, 4:20, 4:23,
    5:1, 7:16
**mortgage** 12:20, 13:15
**motion** 5:17, 6:2, 6:7, 6:12,
    7:1, 7:9, 7:14, 9:22, 13:22,
    14:21, 15:12
**move** 6:6
**MS** 3:6, 3:7, 3:13, 4:5, 5:12,
    5:16, 6:21, 6:25, 7:5, 7:8,
    7:11, 7:12, 7:19, 8:2, 8:12,
    8:19, 9:19, 11:2, 11:8, 11:18,
    11:19, 12:3, 15:5, 15:10,
    15:22, 16:3, 16:19


**< N >**
**narrow** 11:14
**National** 1:45, 4:6, 7:11, 7:23,
    8:4, 9:20
**nature** 10:24
**necessarily** 13:8
**necessary** 10:18
**need** 10:1, 15:16
**needed** 9:16
**needs** 8:9
**negotiating** 11:5
**New** 1:2, 1:36, 2:7, 2:29, 2:44,
    4:24, 17:13
**Next** 12:10, 13:20, 14:9

**nice** 11:16
**niceties** 11:12
**night** 12:10
**No.** 3:2
**Note** 5:2, 11:18, 13:5
**notice** 8:22, 9:16, 11:12
**NY** 1:8, 1:21, 1:26, 1:31, 1:36,
    1:41, 2:7, 2:17, 2:29


**< O >**
**O'hara** 1:38, 4:3
**obviously** 9:15, 13:22
**Office** 3:16, 4:24
**offices** 12:21
**Okay** 3:5, 7:6, 7:22
**once** 11:1
**One** 2:28, 5:13, 7:6, 8:7, 8:13,
    8:19, 8:20, 12:3, 12:18,
    15:6, 15:21
**open** 16:18
**operates** 12:22
**operating** 10:5, 14:20, 15:8,
    15:19
**operations** 14:2
**opinion** 9:2
**optimistic** 15:4
**order** 6:7, 8:10, 8:18, 9:4, 9:13,
    10:18, 10:25, 11:7, 11:10,
    11:16, 11:23, 16:11, 16:16
**ORTIZ** 2:27, 5:1, 5:6, 5:7
**otherwise** 16:16
**ought** 14:15
**outline** 7:21, 12:5
**owe** 8:10, 9:5, 9:14
**owed** 8:15
**owes** 12:17
**own** 5:19
**owns** 12:21


**< P >**
**P.** 1:39
**pages** 11:9
**paid** 9:23, 10:13, 13:1, 13:3,
    13:5
**paperwork** 13:3
**Park** 1:40, 2:44, 17:13
**part** 16:1
**particular** 9:14

parties 7:3
party 5:19
past 16:5, 16:10
path 15:20
Paul 2:15, 4:17
Pay 5:20, 6:8, 7:3, 7:25, 8:10,
     8:15, 9:5, 9:12, 9:14, 10:7,
     11:15, 13:25
payable 13:23
payment 13:21, 13:25
pending 5:3, 11:16
Penn 2:28
Pension 1:45, 4:6, 7:11, 7:24,
     8:4, 9:20
performed 10:3
perhaps 9:21, 10:5, 10:6
person 5:13
personal 13:15
personally 12:19
petition 10:20, 15:25
Petrillo 4:14, 4:15
PETRULLO 2:9
ph. 4:24
phone 12:10
plan 5:4
Plans 1:40, 4:4
Plaza 1:19, 1:30, 2:28
please 3:11, 11:25, 15:15
point 13:24
position 10:1
possibilities 14:1
Post 1:25, 2:16
post-petition 8:4
potential 16:2
pre-petition 8:3
premium 14:21, 15:2, 15:5
prepared 9:12, 9:13
pretty 15:3
Previti 17:3, 17:8
principal 12:20
pro 5:3
proceed 3:10
Proceedings 2:46, 17:5
processed 16:13
produced 2:47
project 10:2, 10:3
property 9:25
proposed 3:14, 8:17, 11:3
protecting 6:7
protocol 15:10

pulled 12:8
purchased 13:1
purposes 10:25, 11:14

< Q >
question 6:12, 15:21
quite 5:12
quo 10:19, 10:25

< R >
Radler 1:28, 3:23
Re 1:4
Really 16:4
receipts 13:2
receivable 9:23, 10:1
receivables 13:2, 13:5, 13:6,
     13:8
received 6:19, 8:13, 9:6, 12:16
recently 12:24
recorded 2:46
recording 2:46, 17:5
Reed 2:10, 4:15
Refrigeration 1:29, 2:27,
     3:23, 5:2, 5:7, 6:5
regular 12:18
relevant 14:17, 14:18
reluctance 10:18
renewal 13:19, 13:20, 14:6
represented 7:11, 8:20, 8:22,
     15:6
represents 14:3
require 13:21
requiring 15:13
reserving 10:15
resolved 5:14
respect 5:16, 10:16, 12:23
respond 7:14
response 6:19
restore 10:19
retention 12:13
retracted 7:4
retraction 5:24, 6:23, 6:24
review 11:22
Richard 2:4, 4:8
rightfully 6:9
rights 10:15
Rivkin 1:28, 3:23
Road 1:25

Robert 1:34, 3:24, 10:9
room 16:18
run 14:25
RXR 1:30

< S >
S. 1:11
Sam 1:18, 3:18
Sarah 4:20
Savings 1:34, 4:1, 10:10
saying 7:3, 7:25, 11:10, 12:8,
     14:19
says 8:10, 9:4, 9:13
Scarsdale 1:26
scenario 12:7
scheduled 7:10
schedules 13:17, 15:24
school 14:24
screen 15:7
second 7:6
secured 12:25
seek 16:7
Segal 2:26, 5:2
segregated 10:2
sell 13:9
Seltzer 2:4, 4:8, 4:9
semi-colon 11:6
send 6:22, 6:24, 8:21, 9:17,
     11:8, 11:9, 11:23, 11:25
sending 9:9
sense 16:10
sent 5:18, 5:24, 7:3, 8:3, 8:18,
     12:7
service 2:47
SERVICES 2:42, 17:11
set 7:13
several 11:4
shareholders 13:13
Sheetmetal 1:44, 2:4, 2:11,
     4:6, 4:10, 4:12, 4:16, 9:20
short 11:7, 11:14
similar 10:11, 13:3
Simon 2:3, 4:9, 4:12
situation 13:18
small 15:3
soon 16:12
sort 5:1
Sound 1:29, 2:46, 3:23, 6:4,
     17:4

Southern 2:20, 4:21
speaking 11:20, 13:7
speed 5:15
spend 11:5
Spero 1:29, 3:22, 3:23, 6:4,
     6:11, 11:20
spoken 12:1
starting 3:12
State 4:24
States 1:1, 1:12, 3:17, 3:19
stating 5:20
status 6:13, 7:18, 10:19, 10:25,
     14:14, 15:17
stay 9:7
stop 14:9
Street 1:35
stuff 10:23, 11:11, 15:17
Sub-5 15:23, 16:2
Subchapter 16:6, 16:9
submitted 11:1
substantial 10:11
suffer 8:14
Suite 1:19, 2:28
suppliers 10:3
surface 9:3
Systems 1:7, 3:3, 3:15

< T >
Tag 2:27, 5:2, 5:7
tailored 8:12
Taxation 2:24, 4:25
tech 3:9
tends 10:23
terms 5:19, 10:13
they'll 13:17
THOMAS 1:39
though 7:17
three 5:17, 8:18, 9:6, 9:14,
     11:5, 12:23, 13:12
Tier 2:20, 4:21
today 5:4, 5:17, 6:6, 6:17, 8:9,
     10:24, 11:14, 11:24, 14:17,
     14:19, 14:22, 15:7, 15:11,
     16:12, 16:16
Togut 2:26, 5:2
Tom 4:2
Tower 1:30
tracks 14:9
Transcriber 2:42

**Transcript** 2:47, 17:4
**TRANSCRIPTION** 2:42, 2:47, 17:11
**trick-or-treat** 15:12
**trigger** 15:11
**true** 17:4
**Trust** 1:11, 3:4
**Trustee** 1:17, 3:17, 3:19
**try** 3:9
**Tuesday** 14:19, 14:23, 15:3, 15:13, 15:16
**two** 5:17, 5:22, 8:20
**two-page** 11:7
**type** 10:25, 11:4
**types** 9:17

**< U >**
**ugly** 14:12
**ultimately** 10:14
**unaware** 5:23
**understand** 6:19
**Union** 1:39, 4:4
**Uniondale** 1:31
**United** 1:1, 1:12, 3:16, 3:19
**unsecured** 13:14
**update** 8:5
**urgent** 12:4

**< V >**
**verb** 11:6
**video** 3:5, 15:7
**virtue** 9:7
**void** 8:14, 9:7, 9:15, 11:15

**< W >**
**wait** 8:8
**week** 6:16, 6:22, 13:20, 14:10
**weeks** 11:5
**Weiss** 2:3, 4:9, 4:12
**West** 1:30, 1:35
**Westbury** 2:17
**whatever** 7:22
**wherein** 7:10
**whether** 6:8, 11:5
**whole** 14:24
**Will** 8:14, 9:18, 11:17, 12:12, 13:10, 15:17

**Windels** 1:33, 3:25
**window** 15:2
**without** 5:13
**Woodbury** 1:41
**words** 15:4
**work** 6:4, 10:3
**Workers** 1:44, 2:5, 4:6, 4:10, 4:12, 9:20
**working** 13:16, 13:25, 14:5, 15:5

**< Y >**
**Yang** 11:23
**year** 13:19
**Yee** 1:18, 3:18
**York** 1:2, 1:36, 2:7, 2:29, 2:44, 4:24, 17:13

**< Z >**
**Zoom** 16:18