UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

    BLUE DIAMOND AIR SYSTEMS, INC.

                Debtors.

Case No. 8-22-72698-AST
Chapter 11

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I caused to be electronically filed an Affirmation of Jennifer A. Clark, Esq., dated November 2, 2022 and this Certificate of Service with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing via email to the following:

Dawn Kirby, Esq.
Attorney for Debtor Blue Diamond Air Systems, Inc.
Kirby Aisner & Curley, LLP
E-Mail: dkirby@kacllp.com

Stan Y. Yang, U.S. Trustee
Office of the United States Trustee
E-Mail: stan.y.yang@usdoj.gov

And, I hereby certify that on November 2, 2022, I caused to be served copies of the above documents, by depositing true copies of the same in the United States mail, postpaid, and addressed to the following:

Blue Diamond Air Systems, Inc.
1165 Station Road
Medford, NY 11763-4426

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

{B0291420.1}

IPFS of New York, LLC
125 S. Wacker Drive, Suite 1650
Chicago, Illinois 60606

DATED: November 2, 2022

BLITMAN & KING LLP

By: /s/ Jennifer A. Clark
Jennifer A. Clark, Esq.
Attorneys for Creditors Sheet Metal Workers' National Pension Fund, National Energy Management Institute Committee for the Sheet Metal and Air Conditioning Industry, Sheet Metal Occupational Health Institute Trust, International Training Institute for the Sheet Metal and Air Conditioning Industry and National Stabilization Agreement of the Sheet Metal Industry Fund
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com